
6/19/07
4:15 p.m.

JTE/2007R00573

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. WJM |
| v. | : | Criminal No. 07-522 |
| RAYMOND E. GRAHAM | : | 18 U.S.C. §§ 922(g)(1) and 924(d)(1) and 28 U.S.C. § 2461(c) |

## I N D I C T M E N T

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

On or about January 20, 2007, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

**Raymond E. Graham,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year in a court of the State of New Jersey, did knowingly possess in and affecting commerce a firearm and ammunition, namely one 9mm Luger, Hi-Point semi-automatic Bemiller Inc. pistol, model C9, bearing an obliterated serial number, which was subsequently restored by law enforcement to be P1210310, loaded with approximately eight (8) 9mm caliber round head bullets.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

1. The allegations contained on page 1 of this Indictment are incorporated by reference as though set forth in full herein for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth on page 1 of this Indictment, the defendant,

**Raymond E. Graham,**

shall forfeit to the United States any firearms and ammunition involved in or used in the commission of that offense, including the following:

> 9mm Luger, Hi-Point semi-automatic Bemiller Inc. pistol model C9 bearing obliterated serial number P1210310, and eight (8) 9mm caliber round head bullets.

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

*Christopher J. Christie*
CHRISTOPHER J. CHRISTIE
United States Attorney

CASE NUMBER: 2007R00573

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

RAYMOND E. GRAHAM

# INDICTMENT FOR



▌STIE

*NEWARK, NEW JERSEY*

JACOB T. ELBERG
ASSISTANT U.S. ATTORNEY
973-645-3987

18 U.S.C. §§ 922(g)(1) and 924(d)(1) and 28 U.S.C. § 2461(c)